IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 24-241 KWR |
| | ) | |
| vs. | ) | |
| | ) | |
| **AARON KARL CLARK**, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

The United States of America respectfully moves that the Court order the Clerk of this

Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the

Lea County Correctional facility, Hobbs, New Mexico, to surrender **AARON KARL CLARK**

to the United States Marshals Service for the District of New Mexico or its authorized

representative, and that the United States Marshal or its authorized representative be directed to

bring **AARON KARL CLARK** to the United States Courthouse for the District of New Mexico

for the purpose of prosecution in the above-captioned case.

**AARON KARL CLARK** will remain in the custody of the United States Marshal or its

authorized representative until the federal prosecution is complete.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed 2/29/2024*

MARIA ELENA STITELER
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274